# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
No. 20-1515V
UNPUBLISHED

|  |  |
|---|---|
| ABIGAIL STRATTON, | Chief Special Master Corcoran |
| Petitioner, | Filed: July 8, 2021 |
| v. | Withdrawal of petition; Order concluding proceedings |
| SECRETARY OF HEALTH AND HUMAN SERVICES, |  |
| Respondent. |  |

## ORDER CONCLUDING PROCEEDINGS[1]

On November 2, 2020, Abigail Stratton filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa—10 through 34.[2] Petitioner alleged that she suffered injuries after receiving a human papillomavirus vaccination on November 6, 2017. ECF no. 1.

Because a decision had not been issued within the time specified in Vaccine Rule 10(b), a notice issued advising that "that the petitioner may withdraw the petition under section 300aa—21(b) of this title or the petitioner may choose under section 300aa—21(b) of this title to have the petition remain before the special master." 42 U.S.C. § 300aa—12(g). On July 6, 2021, Petitioner filed a notice to withdraw her petition pursuant to 42 USC § 300aa—21(b).

In light of Petitioner's election to withdraw the petition pursuant to 42 USC § 300aa—21(b) (promulgated as Vaccine Rule 10(d)), Petitioner's request to withdraw her petition is **GRANTED**. Accordingly, **this Order hereby notifies the Clerk of Court that proceedings "on the merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[1] Although I have not formally designated this Order for publication, I am required to post it on the United States Court of Federal Claims' website because it contains a reasoned explanation for the action in this case, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.